**Coburn T. NORFLEET, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 02–1152.

United States Court of Appeals, Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

Coburn T. Norfleet, Appellant Pro Se. Frank Phillip Cihlar, Carol Ann Barthel, United States Department of Justice, Washington, D.C.; Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Coburn T. Norfleet appeals the district court's order dismissing his petition to quash administrative summonses issued to third parties by the Internal Revenue Service. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *Norfleet v. United States*, No. MISC–01–28–5 (E.D.N.C. Dec. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*